# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Ossie Lee Slaughter <br> *Plaintiff* <br> v. <br> Superintendent Jeff Uttecht, Associate Superintendent Bailey, Captain Thompson, C.U.S. Ortiz, C.U.S. Christopher Hicks, D. Niles, J. Cruger, and M. Duncan <br> *Defendant* | Civil Action No. 4:16-cv-05109-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Application to Proceed In Forma Pauperis is DENIED.
This action is DISMISSED for failure to comply with the filing fee requirements of 28 U.S.C. 1914.
All pending motions are DENIED as moot.
File closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko for reasons set forth in Order to Show Cause, ECF 8. Application to Proceed In Forma Pauperis, DENIED. Action DISMISSED for failure to comply with filing fee requirements.

Date: 11/2/16

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler